IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| ZINUS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Court No. 23-00272 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| CVB, INC., d/b/a MALOUF, | ) |
| Defendant-Intervenor. | ) |

ORDER

Upon consideration of defendant's motion for a voluntary remand, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that this matter is remanded to the Department of Homeland Security, U.S. Customs and Border Protection (CBP) for further consideration of its evasion determination; and it is further

ORDERED that the remand shall be completed and filed within 120 days of this Order; and it is further

ORDERED that, within 10 days of the filing of the remand determination, the parties shall file a joint status report explaining whether further litigation is necessary, and, if so, propose a deadline for the filing of the administrative record and a briefing schedule.

Dated <u>September 11, 2024</u>             <u>/s/ *M. Miller Baker*</u>
      New York, NY                                     Judge