UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ZINUS, INC.,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>CVB, INC., d/b/a MALOUF,<br>    *Defendant-Intervenors*. | Ct. No. 23-00272-MMB |

## JUDGMENT

For the reasons stated by the parties in their post-remand joint status report, *see* ECF 25, at 3, the court sustains U.S. Customs and Border Protection's redetermination (ECF 24) in this matter.

Dated:    January 22, 2025          /s/ *M. Miller Baker*
          New York, New York        M. Miller Baker, Judge